IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JESSICO BUCHANAN, | ) | 4:13CV3172 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| HURT, Corporal, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On September 8, 2014, Plaintiff filed a "Motion in Objection" (Filing No. 25) in response to Defendants' Motion to Dismiss. This court's local rules prohibit the filing of an "objection," providing only for a brief filed in response to another party's motion. NECivR 7.1(b)(1)(A).

IT IS THEREFORE ORDERED that: Plaintiff's "Motion in Objection" (Filing No. 25) is overruled. The court will consider Plaintiff's "Motion in Objection" and "Brief in Support of Motion in Objection" as briefs filed in response to Defendants' Motion to Dismiss.

DATED this 8th day of October, 2014.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.